In re HEATHERTON. (Supreme Court, Appellate Division, Second Department. July 1, 1902.) In the matter of the application of Carolyn D. Heatherton for a compulsory accounting of Mary Dancel and another, as administrators, etc., of Christian Dancel, deceased. No opinion. Motion to dismiss appeal denied.

HERRMANN, Respondent, v. HERRMANN, Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1902.) Action by Carlotta Herrmann against George Herrmann. No opinion. Order affirmed, with $10 costs and disbursements.

HOAGLAND-ROBINSON CO. v. ROBINSON et al. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by the Hoagland-Robinson Company against Samuel A. Robinson and others. No opinion. Motion denied, on payment of $10 costs, and, on payment of an additional $10, leave given to apply to the court below to open default.

HOLCOMB, Respondent, v. HARRIS, Appellant. (Supreme Court, Appellate Division, Third Department. July 8, 1902.) Action by Andrew J. Holcomb against Charles W. Harris, as executor of Edmund S. Harris, deceased. No opinion. Judgment and order unanimously affirmed, with costs. See 59 N. Y. Supp. 160.

INGRAHAM, Respondent, v. DONOVAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 19, 1902.) Action by Henry C. M. Ingraham, as trustee, etc., of Elizabeth K. Underhill, deceased, against Albert E. Donovan and others. No opinion. Order affirmed, with $10 costs and disbursements.

JACOB v. THOMPSON. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Emma L. Jacob against J. O. Thompson. No opinion. Motion denied.

JAMES et al., Respondents, v. BROOKMAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1902.) Action by John F. James and another against Marion P. Brookman. No opinion. Order affirmed, with $10 costs and disbursements.

JAMES et al., Respondents, v. BROOKMAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1902.) Action by John F. James and another against Marion P. Brookman. No opinion. Judgment and order affirmed, with costs.

JANSSEN, Respondent, v. O'GORMAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1902.) Action by Frederick W. Janssen against William O'Gorman. No opinion. Judgment and order affirmed, with costs.

JEFFERSON COUNTY NAT. BANK, Appellant, v. TOWNLEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 27, 1902.) Action by the Jefferson County National Bank against Margaret Townley. No opinion. Order affirmed, with $10 costs and disbursements.

In re JEROME AVE. (Supreme Court, Appellate Division, First Department. June 13, 1902.) In the matter of Jerome avenue. No opinion. Motion granted. Question to be settled on settlement of order.

JOBST et al., Respondents, v. MYERS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 27, 1902.) Action by Carl Jobst and another against Thomas Myers and another. No opinion. Order appealed from modified, by providing that a commission upon interrogatories be issued to the commissioner named in such order, for the examination of witnesses to be specifically designated, and, as thus modified, affirmed, without costs of this appeal to either party. The order to be settled by and before ADAMS, P. J., upon two days' notice.

JOHNSON v. MINGEY. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Elizabeth Johnson against Lawrence P. Mingey. No opinion. Motion denied.

JOSEPH, Appellant, v. NISSON, Respondent. (Supreme Court, Appellate Division, First Department. June 20, 1902.) Action by George E. Joseph, as trustee, against Ludwig Wm. Nisson. G. E. Joseph, in pro. per. A. G. Baldwin, for respondent. No opinion. Judgment and order affirmed, with costs.

JOYCE, Respondent, v. McDOWELL, Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1902.) Action by James Joyce against Robert McDowell. No opinion. Judgment of the municipal court affirmed, by default, with costs.

KEELEY, Appellant, v. KNICKERBOCKER ICE CO., Respondent. (Supreme Court, Appellate Division, Third Department. July 8, 1902.) Action by Thomas Keeley against the Knickerbocker Ice Company. No opinion. Judgment unanimously affirmed, with costs.

KELLEY, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by M. Florence Kelley against the Metropolitan Street Railway Company. T.